UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Renée Marie Bumb |
| v. | Crim No. 14-283 (RMB) |
| DYMIERE DEMBY | ORDER |

This matter, having come before the Court on the Petition for Action on Conditions of Pretrial Release by U.S. Pretrial Services, and Defendant Dymiere Demby (Stanley O. King, Esq. appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Erin M. Fay, Special Assistant United States Attorney, appearing), and for the reasons set forth on the record on January 8, 2016, and for good cause shown,

IT IS, therefore, on this __12th__ day of January 2016,

ORDERED that the Defendant's Bail Order is amended as follows:

1. Defendant is placed on home incarceration and restricted to the Court approved residence under twenty-four hour lock-down;

2. Defendant is only allowed to leave the residence with prior notice to and approval from Pre-Trial Services for medical necessities, meetings with his attorney Stanley O. King, Esquire, Court appearances, or other activities specifically approved by the Court.

IT IS FURTHER ORDERED that the defendant shall be subject to any Pre-Trial Release conditions as directed by the United States Office of Pre-Trial Services and shall abide by the Conditions of Release set forth in the Order of Temporary Release of August 12, 2014;

HONORABLE RENÉE M. BUMB
United States District Judge